930 A.2d 1249

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Kenneth R. CURTIS, Jr., Petitioner.**

No. 60 MM 2007.

Supreme Court of Pennsylvania.

July 25, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of July, 2007, the Application for Extraordinary Relief is denied.